```
LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```



FILED
APR 23 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 5:08-mj-000033 TAG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| EMETRIO ANGULO-ARECHIGA, | ) | APPLICATION TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANT |
| Defendant. | ) | |

The United States of America hereby applies to this Court for an order unsealing the arrest warrant and criminal complaint in the above-captioned proceeding.

This motion is based on the fact that the defendant was arrested on the criminal complaint.

Dated: April 23, 2009

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

By: /s/ Karen Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 5:08-mj-000033 TAG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| EMETRIO ANGULO-ARECHIGA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

ORDER TO UNSEAL ARREST WARRANT
AND CRIMINAL COMPLAINT

**Under Seal**

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaint and Arrest Warrant in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint and Arrest Warrant in the above-entitled proceedings shall be unsealed.

DATED: April 23, 2009

_____
GARY S. AUSTIN
U.S. Magistrate Judge

1